# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY A. COGAN and JEFFREY A. COGAN, ESQ., LTD., <br><br> Plaintiffs <br><br> v. <br><br> ARNALDO TRABUCCO, <br><br> Defendant | Case No.: 2:21-cv-02087-APG-EJY <br><br> **Order** |

Plaintiffs Jeffrey Cogan and his law firm filed a motion for temporary restraining order seeking to restrain a trial set to begin on December 15, 2021 in Arizona state court. ECF No. 10. The motion necessarily requests emergency relief, but the plaintiffs did not comply with the Local Rule for emergency relief. LR 7-4.  Nevertheless, I will order the plaintiffs to immediately serve defendant Arnaldo Trabucco and to immediately provide copies of this order and the other filings in this case to Trabucco's counsel in the Arizona state court case.  Trabucco shall have until December 8, 2021 to file a response to the motion for temporary restraining order.  I will hold a hearing on the motion by video conference on December 10, 2021.

I THEREFORE ORDER that by noon on December 3, 2021, the plaintiffs shall email and/or hand deliver to Trabucco's counsel in the Arizona state court action a copy of all filings in this case, including this order.

I FURTHER ORDER that by December 6, 2021, the plaintiffs shall file in this court (1) proof that they emailed or hand-delivered the papers referenced above to Trabucco's Arizona counsel, and (2) proof of service on Trabucco as required under Federal Rule of Civil Procedure

4 if they have successfully served Trabucco by then.  If the plaintiffs have not served Trabucco by then, then the plaintiffs shall provide a statement of their service efforts up to that date.

I FURTHER ORDER that Trabucco may file a response to the motion for temporary restraining order by December 8, 2021.

I FURTHER ORDER that I will conduct hearing by video conference on the motion for temporary restraining order (ECF No. 10) on **Friday, December 10, 2021 at 10:00 a.m.**

The courtroom administrator will provide counsel with the link to attend the video conference.  Counsel is instructed not to forward the link to others.  If additional participants need to appear, counsel is directed to contact the courtroom administrator, Melissa Johansen, at Melissa_Johansen@nvd.uscourts.gov.  Members of the public seeking to have access to this hearing must contact the courtroom administrator by email before the day of the hearing.  Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, including removing court-issued media credentials, restricted entry to future hearings, denial of access to future hearings, or any other sanctions deemed necessary by the court.  **Counsel is reminded that this is a formal court proceeding and that proper courtroom attire is expected.**

DATED this 2nd day of December, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE