VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
vneal@kemp-attorneys.com

Attorney for Defendant
*Arnaldo Trabucco, M.D.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY A. COGAN, an individual; and JEFFREY A. COGAN, ESQ., LTD., a revoked Nevada corporation;<br><br>Plaintiffs,<br><br>v.<br><br>ARNALDO TRABUCCO, M.D., an individual,<br><br>Defendant. | Case No.:  2:21-cv-02087-APG-EJY<br><br>**STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT ARNALDO TRABUCCO, M.D. TO FILE A RESPONSIVE PLEADING TO COMPLAINT** |

The parties, Defendant Arnaldo Trabucco, M.D., (hereinafter "Defendant"), by and through undersigned counsel, and Plaintiffs Jeffrey A. Cogan, an individual, and Jeffrey A. Cogan, Esq., Ltd., a Nevada revoked corporation (hereinafter "Plaintiffs"), hereby stipulate to an extension of time for Defendant to respond to the Complaint filed in this matter [ECF No. 1].

On November 20, 2021, a Complaint was filed in this matter.  A Summons was issued on November 22, 2021 [Doc. 3].  Undersigned counsel accepted service of the initial documents on December 9, 2021.  A responsive pleading is due to this Court on December 30, 2021.

Undersigned counsel is in the process of obtaining local counsel in Nevada.  Unfortunately, with the holidays, it has been difficult to obtain counsel and complete the responsive pleading.  It is for this reason counsel request an extension to file the responsive pleading.

Mr. Wilenchik contacted Mr. Cogan regarding an extension to file the responsive pleading. The parties stipulate that Defendants shall file their responsive pleading by January 21, 2022.

Further, counsel for Defendant, Wilenchik & Bartness will be filing a Petition for Permission to Practice in this Case only by Attorney not Admitted to the Bar of this court and Designation of Local Counsel.

DATED this 21st day of January 2022.

JEFFREY A. COGAN CHARTERED,
a Professional Limited Liability Company

  /s/ Jeffrey A. Cogan
Jeffrey A. Cogan, Esq.
Nevada Bar No.: 4569
1057 Whitney Ranch Drive, Suite 350
Henderson, Nevada 89014
Telephone: (702) 474-4220
Facsimile: (702) 44-4228
Email: jeffrey@jeffreycogan.com

**WILENCHIK & BARTNESS**
      /s/ Jack D. Wilenchik
Jack D. Wilenchik, Esq.
Arizona Bar No.: 029353
*Pro Hac Vice Not Yet Filed*

Ross Meyer, Esq.
Arizona Bar No.: 028473
*Pro Hac Vice Not Yet Filed*

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
Telephone: 602-606-2810
Facsimile: 602-606-2811

Ross Meyer - rossm@wb-law.com
Jack Wilenchik - JackW@wb-law.com

Attorneys for Defendant
*Arnaldo Trabucco, M.D.*

...
...

**KEMP & KEMP, ATTORNEYS AT LAW**

/s/ Victoria L. Neal
Victoria L. Neal, Esq.
Nevada Bar No.: 13382
Kemp & Kemp, Attorneys at Law
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130

Attorney for Defendant
*Arnaldo Trabucco, M.D.*


**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE


DATED: January 21, 2022