WILENCHIK & BARTNESS
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

John "Jack" D. Wilenchik #029353
Ross P. Meyer, #028473
Attorneys for Defendant
admin@wb-law.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Jeffrey A. Cogan, an individual; Jeffrey A. Cogan, Esq., Ltd., a Nevada revoked corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Arnaldo Trabucco, M.D.<br><br>Defendant. | Case No. 2:21-cv-02087-APG-EJY<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

Ross P. Meyer, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Wilenchik & Bartness with offices at 2810 North Third Street, Phoenix, Arizona 85004.

2. That Petitioner has been retained as a member of the law firm by Arnaldo Trabucco, M.D. to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since March 29, 2011, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Arizona where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the Clerk of the Supreme Court or highest admitting court of each state, territory, or insular possession of the United States

4. That Petitioner was admitted to practice before the following and is in good standing:

| COURT | DATE ADMITTED | BAR NUMBER |
|---|---|---|
| Superior Court of Arizona | March 29, 2011 | 028473 |
| Eastern District of California | Pro Hac Vice | |

That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

5. That Petitioner has never been denied admissions to the State Bar of Nevada.

6. That Petitioner is a member of good standing in the following Bar Associations.

   Arizona State Bar

7. That Petitioner has not filed any applications to appear under Local Rule IA 11-2 during the past three (3) years.

8. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State of Nevada.

9. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

10. Petitioner has disclosed, in writing, to the client that the application is not admitted to practice in this jurisdiction and that the client has consented to such representations.

11. That Petitioner respectfully prays that Petitioner be admitted to practice before this Court for the purposes of this case only.

WILENCHIK & BARTNESS

*[signature]*

Jack D. Wilenchik, Esq.
Ross P. Meyer, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendant*

STATE OF ARIZONA   )
                   ) ss
County of Maricopa )

Ross P. Meyer, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

Ross P. Meyer

SUBSCRIBED AND SWORN to before me this 8th day of February, 2022.



Notary Public

My Commission Expires:
March 5, 2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED
## TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, Petitioner believes it to be in the best interests of the client to designate Victoria L. Neal, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

> Victoria L. Neal, Esq.
> Kemp & Kemp, Attorneys at Law
> 7435 W. Azure Drive | Suite 110
> Las Vegas, NV 89130
> Tel: 702-258-1183
> Fax: 702-258-6983
> vneal@kemp-attorneys.com

By this designation the petitioner and undersigned party agrees that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Victoria L. Neal, Esq. as their Designated Resident Nevada Counsel in this case.

*Arnaldo F. Trabucco* (DocuSigned)
—3882F9D0E0304CC

**Arnaldo Trabucco, M.D.**

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

KEMP & KEMP, Attorneys at Law

_____
Victoria L. Neal, Esq., #13382
Designated Resident Nevada Counsel
vneal@kemp-attorneys.com

APPROVED:

Dated: March 2, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

-6-

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **ROSS P. MEYER,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on March 29, 2011 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this January 21, 2022.

*[signature]*
Michelle R. Martinez
Disciplinary Clerk