WILENCHIK & BARTNESS
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street Phoenix, Arizona 85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

John "Jack" D. Wilenchik #029353
Ross P. Meyer, #028473
Attorneys for Defendant
admin@wb-law.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Jeffrey A. Cogan, an individual; Jeffrey A. Cogan, Esq., Ltd., a Nevada revoked corporation,<br><br>                                    Plaintiffs,<br><br>v.<br><br>Arnaldo Trabucco, M.D.<br><br>                                    Defendant. | Case No. 2:21-cv-02087-APG-EJY<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

John "Jack" D. Wilenchik, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Wilenchik & Bartness with offices at 2810 North Third Street, Phoenix, Arizona 85004.

2. That Petitioner has been retained as a member of the law firm by Arnaldo Trabucco, M.D. to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since May 18, 2012, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Arizona where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the Clerk of the Supreme Court or highest admitting court of each state, territory, or insular possession of the United States

4.  That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other states on the dates indicated for each, and the Petitioner is presently a member in good standing of the bars of said Courts.

| COURT | DATE ADMITTED | BAR NUMBER |
|---|---|---|
| Superior Court of Arizona | May 18, 2012 | 029353 |
| Arizona United States District Court | June 4, 2012 | 29353 |
| Ninth Circuit Court of Appeals | September 26, 2012 | |
| United States Supreme Court | July 20, 2015 | |
| United States Tax Court | June 25, 2012 | |
| Tenth Circuit Court of Appeals | July 20, 2015 | |
| Gila River Indian Community Court | September 2, 2015 | |

5.  That there have not been disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

6.  That Petitioner has never been denied admissions to the State Bar of Nevada.

7.  That Petitioner is a member of good standing in the following Bar Associations.

    Arizona State Bar

8.  Petitioner submitted a Motion to Associate Counsel Pro Hac Vice on May 6, 2019 in the matter of Trabucco v. Cogan, Cause No.: A-19-789971-F in the Eighth Judicial District Court, Clark County, Nevada, which was granted. Counsel represented Dr. Trabucco in that matter.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

12. Petitioner has disclosed, in writing, to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

13. That Petitioner respectfully prays that Petitioner be admitted to practice before this Court for the purposes of this case only.

**WILENCHIK & BARTNESS**

Jack D. Wilenchik, Esq.
Ross Meyer, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendant*

STATE OF ARIZONA          )
                          ) ss
County of Maricopa        )

        John "Jack" D. Wilenchik, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

                                  John "Jack" D. Wilenchik

SUBSCRIBED AND SWORN to before me this 8th day of February, 2022.



CHRISTINE FERREIRA
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 558272
Expires March 5, 2023

                        Notary Public

My Commission Expires:
March 5, 2023

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED
## TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, Petitioner believes it to be in the best interests of the client to designate Victoria L. Neal, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

Victoria L. Neal, Esq.
Kemp & Kemp, Attorneys at Law
7435 W. Azure Drive | Suite 110
Las Vegas, NV 89130
Tel: 702-258-1183
Fax: 702-258-6983
vneal@kemp-attorneys.com

By this designation the petitioner and undersigned party agrees that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Victoria L. Neal, Esq. as their Designated Resident Nevada Counsel in this case.

DocuSigned by:
Arnaldo F. Trabucco
3862F9DDE9304CC

Arnaldo Trabucco, M.D.

-5-

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

KEMP & KEMP, Attorneys at Law

Victoria L. Neal, Esq., #13382
Designated Resident Nevada Counsel
vneal@kemp-attorneys.com

APPROVED:

Dated: March 2, 2022

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

---

*I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

### *JOHN DOUGLAS WILENCHIK*

*was on the 18th day of May, 2012 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 20th day of January, 2022.*

*TRACIE K. LINDEMAN, Clerk*

*By* _____
*Liz Gomez*
*Deputy Clerk III*

CERTIFICATE OF GOOD STANDING
ISSUED BY THE DISCIPLINARY CLERK
FOR AND ON BEHALF OF
THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JOHN DOUGLAS WILENCHIK** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on May 18, 2012 is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this January 19, 2022.

Michelle R. Martinez
Disciplinary Clerk