# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jeffrey A. Cogan, et al., | Case No.: 2:21-cv-02087-CDS-EJY |
| Plaintiffs | **Order Adopting Briefing Schedule And Vacating Status Conference** |
| v. | |
| Arnaldo Trabucco, M.D., | |
| Defendant | |

The parties appeared for a status conference on this matter after the Ninth Circuit Court of Appeals found that the *Rooker-Feldman* doctrine does not deprive this court of subject-matter jurisdiction. ECF Nos. 48, 50, 53. Therein, I requested that the parties meet and confer to discuss a briefing schedule, and as directed, they have filed a joint status report. ECF No. 54.

The court adopts the schedule proposed as follows: defendant Arnaldo Trabucco, M.D requested twenty days to file a responsive pleading to the operative complaint, and plaintiff Jeffrey Cogan agreed. *Id.* If a responsive pleading is not filed by November 26, 2024, Cogan will file the appropriate pleadings for a default judgment by December 4, 2024. If a responsive pleading is filed by Trabucco, Cogan will file an amended motion for summary judgment based upon the holding of the Ninth Circuit Court of Appeals. Based on these agreements by the parties, the November 8, 2024, status conference is **vacated**.

Dated: November 7, 2024

_____
Cristina D. Silva
United States District Judge