UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY A. COGAN, an individual; JEFFREY A. COGAN, ESQ., a Nevada revoked corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ARNALDO TRABUCCO, M.D.,<br><br>Defendant. | Case No. 2:21-cv-02087-APG-EJY<br><br>**ORDER** |

Pending before the Court is Motion to Withdraw as Counsel for Defendant. ECF No. 59. No response to the Motion was filed. The Court finds defense counsel establishes Defendant has failed to "substantially fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled." Nevada Rules of Professional 1.16(b)(5). Thus, the Court finds good cause to grant counsel's request.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Defendant (ECF No. 59) is GRANTED.

IT IS FURTHER ORDERED that the due date for Defendant's response to the pending Motion for Summary Judgment filed by Plaintiff is extended to **February 27, 2025**, thereby providing Defendant an opportunity to retain new counsel and file a responsive pleading. Additional extension may be granted depending on whether diligence is demonstrated.

IT IS FURTHER ORDERED that Defendant's Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment (ECF No. 58) is GRANTED.

IT IS FURTHER ORDERED that Wilenchik & Bartness, and specifically Ross P. Meyer, **must** provide a copy of this Order to Defendant by sending the same by (1) electronic mail if an

email address is available, (2) first class U.S. Mail, and (3) certified mail with return receipt requested. Mr. Meyer must file a notice of compliance no later than **January 21, 2025**.

Dated this 17th day of January, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE